JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 275 -- IN RE DOW CHEMICAL COMPANY "POLYSTYRENE FOAM" PRODUCT LIABILITY LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/17/76 | 1. | MOTION W/SUPPORTING BRIEF -- Schedule of Cases and Exhibits. Enclosed copies of complaints and docket sheets. REQUESTED TRANSFEREE FORUM: District of Minnesota |
| 9/27/76 | | APPEARANCES -- James L. Fetterly, Esquire -- PLAINTIFFS MEIERHOFER, ET AL BLOCK, ET AL., DOUCETTE AND FLIFLET William H. Sanders, Esq. -- DOW CHEMICAL CO. |
| 10/8/76 | | REQUEST FOR EXTENSION -- Dow Chemical Co. -- GRANTED TO 10/8/76 ONLY |
| 10/13/76 | 2 | RESPONSE -- DOW CHEMICAL CO. (w/cert. of service) |
| 10/5/76 | | HEARING ORDER -- Setting A-1 through A-4 for hearing, Washington, D.C. OCTOBER 29, 1976 |
| 4/19/77 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |

DOCKET NO. 275 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DOW CHEMICAL COMPANY "POLYSTYRENE FOAM" PRODUCT LIABILITY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____   Consolidation Denied 4/19/77

Opinion and/or Order XXXXXXX

Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gene Meierhofer, et al. v. The Dow Chemical Co. | Minn. Lord | 4-74-454 | | | | |
| A-2 | Stanley Block, et al. v. The Dow Chemical Co. | Minn. Lord | 4-74-609 | | | | |
| A-3 | Leonard B. Doucette, et ux, v. The Dow Chemical Co. | Minn. Lord | 4-76-233 | | | | |
| A-4 | Philip L. Fliflet v. The Dow Chemical Co. | W.D.Wisc. | 76-C-474 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 275 -- IN RE DOW CHEMICAL COMPANY "POLYSTYRENE FOAM"

PRODUCT LIABILITY LITIGATION

GENE MEIERHOFER, ET AL. (A-1)
STANLEY BLOCK, ET AL. (A-2)
LEONARD DOUCETTE (A-3)
PHILIP L. FLIFLET (A-4)
James L. Fetterly, Esquire
Robins, Davis & Lyons
33 South Fifth Street
Minneapolis, Minnesota  55402

THE DOW CHEMICAL COMPANY
William H. Sanders, Esquire
Blackwell, Sanders, Matheny,
  Weary & Lombardi
2480 Pershing Road
Kansas City, Missouri  64108